# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

April 20, 2023

No. 23-6018,   *US v. Michael Clark*
1:18-cr-00017-MR-WCM-1, 1:22-cv-00216-MR

TO Mr. Clark:

    We are in receipt of your letter requesting the status of your case. Your appeal is currently pending with the court. Once a decision has been rendered, you will be promptly notified by the court.

Sincerely,

/s/ M. Hawk
Deputy Clerk